UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

LA SAUNDRA WILLIAMS

                                      : Bankruptcy No. 18-17415JKF
   Debtor(s)                : Chapter 13

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date: May 8, 2019**
**Time: 9:30 a.m.**
**Place: United States Bankruptcy Court**
          **Courtroom #3**
          **900 Market Street**
          **Philadelphia, PA 19107-4295**

\* \* \* \* \* \* \*

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 11/ 8/18.

3.     This Motion to Dismiss has been filed for the following reason(s):

- The plan does not appear to be feasible.

4.     For the reasons set forth herein, the Trustee believes, and therefore avers, that the within case should be dismissed.

WHEREFORE, the Movant requests that the Court, after a hearing, enter an Order dismissing this case.

                                                  Respectfully submitted,

Date: March 29, 2019                                        */s/ Polly A. Langdon*

                                             Polly A. Langdon, Esq.
                                          for
                                          Scott F. Waterman, Esq.
                                          Standing Chapter 13 Trustee
                                          2901 St. Lawrence Avenue
                                          Suite 100
                                          Reading, Pennsylvania 19606
                                          Telephone: (610) 779-1313